# Exhibit 2

PTO- 1573
Approved for use through 01/31/2025. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Declaration of Incontestability of a Mark under Section 15

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 5427382 |
| **REGISTRATION DATE** | 03/20/2018 |
| **SERIAL NUMBER** | 87560422 |
| **MARK SECTION** | |
| MARK | INSIDE OUT (see, mark) |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Riddel, Holly M. |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | holly@hollyriddel.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 014 |
| GOODS OR SERVICES | Jewelry |
| **OWNER SECTION (current)** | |
| NAME | Riddel, Holly M. |
| MAILING ADDRESS | 425 15th Street #3315 |
| CITY | Manhattan Beach |
| STATE | California |
| ZIP/POSTAL CODE | 90266 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 4153414990 |
| EMAIL | XXXX |
| **OWNER SECTION (proposed)** | |
| NAME | Riddel, Holly M. |
| DBA/AKA/TA/Formerly | DBA Self-employed |
| MAILING ADDRESS | 425 15th Street #3315 |
| CITY | Manhattan Beach |
| STATE | California |
| ZIP/POSTAL CODE | 90266 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |

| PHONE | 4153414990 |
|---|---|
| EMAIL | XXXX |
| **OWNER DOMICILE ADDRESS(NEW)** | |
| *ADDRESS | XXXX |
| *CITY | XXXX |
| *STATE<br>(Required for U.S. applicants) | XXXX |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | XXXX |
| *ZIP/POSTAL CODE<br>(Required for U.S. and certain international addresses) | XXXX |
| **LEGAL ENTITY SECTION (current)** | |
| TYPE | individual |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP | United States |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SECTION 15 AFFIDAVIT FEE PER CLASS | 250 |
| TOTAL FEE PAID | 250 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Holly Riddel/ |
| SIGNATORY'S NAME | Holly Riddel |
| SIGNATORY'S POSITION | Owner |
| DATE SIGNED | 02/13/2025 |
| SIGNATORY'S PHONE NUMBER | 4153414990 |
| SIGNATURE METHOD | Signed directly within the form |
| PAYMENT METHOD | CC |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu Feb 13 14:47:13 ET 2025 |
| TEAS STAMP | USPTO/SECT15-XXXX:XXXX:XXXX:XXXX:XXXX:XXXX:XXXX:XX-20250213144715471234-5427382-890565e42c85014e5475252ce4b9768766f088c3b142dc34a7de2e325f7a910e8-CC-47138732-20250213143639463816 |

PTO- 1573
Approved for use through 01/31/2025. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Declaration of Incontestability of a Mark under Section 15

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 5427382
**REGISTRATION DATE:** 03/20/2018

**MARK:** INSIDE OUT

**Current:** The owner, Holly M Riddel, a citizen of United States, having an address of
  425 15th Street #3315
  Manhattan Beach, California 90266
  United States
  XXXX
  4153414990

**Proposed:** The owner, Riddel, Holly M., DBA Self-employed, a citizen of United States, having an address of
  425 15th Street #3315
  Manhattan Beach, California 90266
  United States
  4153414990
  XXXX

and a domicile address of

  XXXX
  XXXX, XXXX XXXX
  XXXX

is filing a Declaration of Incontestability of its mark under Section 15.

For International Class 014, the owner, has continuously used the mark in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still using the mark in commerce on or in connection with **all** goods or services listed in the existing registration for this class:JewelryAlso, there has been no final decision adverse to the owner's claim of ownership of such mark for those goods or services, or to the owner's right to register the same or to keep the same on the register; and, there is no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts.

**Correspondence Information**
  Riddel, Holly M.
  PRIMARY EMAIL FOR CORRESPONDENCE: holly@hollyriddel.com
  SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $250 will be submitted with the form, representing payment for 1 class(es).

### Declaration

- ☑ The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. § 1062(c), and is still in use in commerce on or in connection with all goods/services, or to indicate membership in the collective membership organization, listed in the existing registration.

- ☑ There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to indicate membership in the collective membership organization, or to the owner's right to register the same or to keep the same on the register.

- ☑ There is no proceeding involving said rights pending and not finally disposed of either in the United States Patent and Trademark Office or in a court.
- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.
- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Holly Riddel/    Date: 02/13/2025
Signatory's Name: Holly Riddel
Signatory's Position: Owner
Signatory's Phone: 4153414990
Signature method: Signed directly within the form


Serial Number: 87560422
Internet Transmission Date: Thu Feb 13 14:47:13 ET 2025
TEAS Stamp: USPTO/SECT15-XXXX:XXXX:XXXX:XXXX:XXXX:XX
XX:XXXX:XXXX-20250213144715471234-542738
2-890565e42c85014e5475252ce4b9768766f088
c3b142dc34a7de2e325f7a910e8-CC-47138732-
20250213143639463816