# Exhibit 4

Resources | Data Privacy | Contact Us | Send a Release

PR Newswire | News | Products | Contact | Search

News in Focus | Business & Money | Science & Tech | Lifestyle & Health | Policy & Public Interest | People & Culture

# HEARTS ON FIRE DEBUTS AT BERGDORF GOODMAN

APAC - English ▼

NEWS PROVIDED BY
**Hearts On Fire** →
12 Feb, 2025, 03:40 CST

SHARE THIS ARTICLE

   

*An exclusive launch of statement pieces from the Barre and Inside Out collections*

BOSTON, Feb. 12, 2025 /PRNewswire/ -- HEARTS ON FIRE, the international jewelry brand known for the unparalleled sparkle of its diamonds, announces its debut at New York City's iconic Bergdorf Goodman.



Hearts On Fire Barre Necklace



Bergdorf Goodman, New York City.







Hearts On Fire jewelry display at Bergdorf Goodman, first floor Jewelry Salon



Barre Collection

From today through February 25, 2025, this historic fashion landmark will host an exclusive preview of Hearts On Fire's newest collection, Inside Out, for a limited time ahead of its nationwide release in April 2025. New statement pieces from Hearts On Fire's Barre collection, including a Barre Diamond Collar necklace and coordinating Barre Diamond Pavé Bracelet, will also be pre-launched exclusively at the store.

"We are excited to debut Hearts On Fire at the historic Bergdorf Goodman landmark store in New York. Following our global rebrand last year, we continue to evolve our luxury retail network and reach new audiences with the brilliance, sparkle and sheer beauty of our diamonds," says Rita Maltez, Global President of Hearts On Fire.

Since 1901, Bergdorf Goodman has represented the pinnacle of style, service and modern luxury. A curated assortment from both Hearts On Fire's collections will be showcased in the Jewelry Salon on the 1st floor.

**About HEARTS ON FIRE**

HEARTS ON FIRE® is a modern diamond jewelry brand renowned for the beauty of its signature cut diamonds.

Since 1996, HEARTS ON FIRE® has set the highest standards of quality and cut to transform nature's gifts into diamonds of incomparable brilliance. With an unwavering commitment to craftsmanship, combined with innovation and creativity, HEARTS ON FIRE® jewelry is designed to bring joy to every moment.

HEARTS ON FIRE® is part of the Chow Tai Fook Jewellery Group, which acquired the company in 2014 and is sold through HEARTS ON FIRE® boutiques, official website and in 680 jeweler locations worldwide. For more information, visit www.heartsonfire.com.

IG:         https://www.instagram.com/heartsonfire
FB:         https://www.facebook.com/HeartsOnFire/
LinkedIn:   https://hk.linkedin.com/company/hearts-on-fire

For media enquiries, please contact:

Michelle Peranteau: michelle@katiebrockmanco.com
Heather Zachary: heather@katiebrockmanco.com

SOURCE Hearts On Fire

### Contact Cision

Contact Us

### Products

Cision Communication Cloud®
For Marketers
For Public Relations
For IR & Compliance
For Agency
For Small Business

### About

About PR Newswire
About Cision
Become a Publishing Partner
Careers
Accessibility Statement
Global Sites

### My Services

All New Releases
Online Member Center

Do not sell or share my personal information:
• Submit via Privacy@cision.com