COREY A. DONALDSON (CA Bar No. 280383)
cdonaldson@fcoplaw.com
JESSICA M. WAN (CA Bar No. 316389)
jwan@fcoplaw.com
MORGAN T. LYNCH (CA Bar No. 323696)
mlynch@fcoplaw.com
**FERGUSON CASE ORR PATERSON LLP**
1050 South Kimball Road
Ventura, CA 93004
Telephone: 805.659.6800
Facsimile: 805.659.6818

Attorneys for Plaintiff Holly M. Riddel

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

HOLLY M. RIDDEL, an individual,

Plaintiff,

vs.

HEARTS ON FIRE COMPANY, LLC, a Massachusetts Limited Liability Company; SAKS GLOBAL ENTERPRISES LLC, a Delaware Limited Liability Company; THE NEIMAN MARCUS GROUP LLC, a Delaware Limited Liability Company; and DOES 1-20, inclusive,

Defendants.

Case No. 2:25-cv-06276-JFW-BFM

**JOINT STATEMENT AFTER MEET AND CONFER PURSUANT TO STANDING ORDER PARAGRAPH 5(b)**

Pursuant to Paragraph 5(b) of the Court's Standing Order (dkt. 13), Plaintiff Holly M. Riddel ("Riddel") and Defendants Saks Global Enterprises LLC ("Saks Global") and The Neiman Marcus Group LLC ("Neiman Marcus"), through their undersigned counsel, hereby submit the following joint statement:

Lead plaintiff's counsel, Corey A. Donaldson, and lead counsel for Saks Global and Neiman Marcus, Kenneth L. Wilton, met in person in Sherman Oaks, California on July 29, 2025. The meeting lasted approximately twenty-five minutes. Counsel for these parties discussed the following:

1. Riddel's intended motion for a preliminary injunction, including the primary arguments to be made regarding the four injunction factors, and the *Sleekcraft* factors. Counsel understood one another's positions but disagreed on the merits.
2. Whether Saks Global and/or Neiman Marcus are still selling Accused Products (as defined in the Complaint). Counsel for the parties mutually determined that Accused Products appear to still be available for sale via Neiman Marcus's website. Counsel for the parties further agreed to explore the possibility of Saks Global and Neiman Marcus covenanting not to sell Accused Products in exchange for Riddel abstaining from seeking a preliminary injunction against those defendants. Counsel agreed to explore this possibility over the coming days.
3. Whether Riddel can seek attorney fees, punitive damages, and/or profit disgorgement under Cal. Bus. & Prof. Code §§ 17200 *et seq.*, and if not, the appropriate course of action (*e.g.* amendment, agreement not to pursue these remedies, etc.). Counsel agreed that Saks Global and Neiman Marcus would provide authority on this question for Riddel's consideration, after which counsel would discuss an appropriate course of action.
4. Counsel for Riddel, Saks Global, and Neiman Marcus agreed and hereby do agree to accept electronic service under Fed. R. Civ. P. 5(b)(2)(E).

DATED: July 31, 2025

Respectfully submitted,

FERGUSON CASE ORR PATERSON LLP

By: /s/ Corey A. Donaldson
COREY A. DONALDSON
JESSICA M. WAN
MORGAN T. LYNCH
Attorneys for Plaintiff Holly M. Riddel

SEYFARTH SHAW LLP

By: /s/ Kenneth L. Wilton
KENNETH L. WILTON
Attorneys for Defendants Saks Global Enterprises LLC and The Neiman Marcus Group LLP

**SIGNATURE CERTIFICATION UNDER L.R. 5-4.3.4**

*Pursuant to C.D. Cal. L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.*

*By: /s/ Corey A. Donaldson*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing JOINT STATEMENT AFTER MEET AND CONFER PURSUANT TO STANDING ORDER PARAGRAPH 5(b), with the Court using the CM/ECF system, which will send notification of such filing to the Electronic Service List for this Case; and that on September 19, 2021, I have served these documents as follows:

Via Email as Agreed by the Parties to Saks Global Enterprises LLC and The Neiman Marcus Group LLC:
Kenneth L. Wilson
Seyfarth Shaw LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
kwilton@seyfarth.com; pkim@seyfarth.com

Via FedEx:
Hearts on Fire Company, LLC c/o Cogency Global Inc.
45 School Street, Suite 202
Boston, MA 02108

DATED: July 31, 2025

Respectfully submitted,

FERGUSON CASE ORR PATERSON LLP

By: /s/ Corey A. Donaldson
COREY A. DONALDSON
JESSICA M. WAN
MORGAN T. LYNCH

Attorneys for Plaintiff Holly M. Riddel