COREY A. DONALDSON (CA Bar No. 280383)
cdonaldson@fcoplaw.com
JESSICA M. WAN (CA Bar No. 316389)
jwan@fcoplaw.com
MORGAN T. LYNCH (CA Bar No. 323696)
mlynch@fcoplaw.com
**FERGUSON CASE ORR PATERSON LLP**
1050 South Kimball Road
Ventura, CA 93004
Telephone: 805.659.6800
Facsimile: 805.659.6818

Attorneys for Plaintiff Holly M. Riddel

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

HOLLY M. RIDDEL, an individual,

Plaintiff,

vs.

HEARTS ON FIRE COMPANY, LLC, a Massachusetts Limited Liability Company; SAKS GLOBAL ENTERPRISES LLC, a Delaware Limited Liability Company; THE NEIMAN MARCUS GROUP LLC, a Delaware Limited Liability Company; and DOES 1-20, inclusive,

Defendants.

Case No. 2:25-cv-06276-JFW-BFM

**JOINT STATEMENT AFTER MEET AND CONFER PURSUANT TO STANDING ORDER PARAGRAPH 5(b)**

Pursuant to Paragraph 5(b) of the Court's Standing Order (dkt. 13), Plaintiff Holly M. Riddel ("Riddel") and Defendant Hearts on Fire Company, LLC ("HOF"), through their undersigned counsel, hereby submit the following joint statement:

Lead plaintiff's counsel Corey A. Donaldson and lead counsel for HOF Erik W. Kahn met via video conference on August 11, 2025. Mr. Donaldson is located in the Central District of California while Mr. Kahn is located in New York and his firm has an office in the Central District of California. The meeting lasted approximately thirty-five minutes. Counsel for these parties discussed the following:

1. Plaintiff's intended motion for a preliminary injunction, including the primary arguments to be made by Plaintiff and Defendant regarding the four injunction factors; the *Sleekcraft* factors; and a genericness defense. Counsel understood one another's positions but disagreed on the merits.
2. The potential for settlement of the case as a whole, including next steps for each party to further explore settlement.
3. Riddel and HOF thereafter agreed via email, and hereby do agree, to accept electronic service under Fed. R. Civ. P. 5(b)(2)(E).

///
///
///

DATED: August 12, 2025

Respectfully submitted,

FERGUSON CASE ORR PATERSON LLP

By: /s/ Corey A. Donaldson
COREY A. DONALDSON
JESSICA M. WAN
MORGAN T. LYNCH
Attorneys for Plaintiff Holly M. Riddel

BRYAN CAVE LEIGHTON PAISNER LLP

By: /s/ Erik W. Kahn
ERIK W KAHN, JASDEEP ATWAL
Attorneys for Hearts on Fire Company, LLC

**SIGNATURE CERTIFICATION UNDER L.R. 5-4.3.4**

*Pursuant to C.D. Cal. L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.*

*By: /s/ Corey A. Donaldson*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing JOINT STATEMENT AFTER MEET AND CONFER PURSUANT TO STANDING ORDER PARAGRAPH 5(b), with the Court using the CM/ECF system, which will send notification of such filing to the Electronic Service List for this Case; and that on August 12, 2025, I have served these documents as follows:

Via ECF with Courtesy Copy via Email:
Kenneth L. Wilson
Seyfarth Shaw LLP
kwilton@seyfarth.com; pkim@seyfarth.com

Via ECF with Courtesy Copy via Email:
Erik W. Kahn
Jasdeep Atwal
Bryan Cave Leighton Paisner LLP
erik.kahn@bclplaw.com; jasdeep.atwal@bclplaw.com

DATED: August 12, 2025

Respectfully submitted,

FERGUSON CASE ORR PATERSON LLP

By: /s/ Corey A. Donaldson
COREY A. DONALDSON
JESSICA M. WAN
MORGAN T. LYNCH

Attorneys for Plaintiff Holly M. Riddel