COREY A. DONALDSON (CA Bar No. 280383)
cdonaldson@fcoplaw.com
JESSICA M. WAN (CA Bar No. 316389)
jwan@fcoplaw.com
MORGAN T. LYNCH (CA Bar No. 323696)
mlynch@fcoplaw.com
**FERGUSON CASE ORR PATERSON LLP**
1050 South Kimball Road
Ventura, CA 93004
Telephone: 805.659.6800
Facsimile: 805.659.6818

Attorneys for Plaintiff Holly M. Riddel

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

HOLLY M. RIDDEL, an individual,

Plaintiff,

vs.

HEARTS ON FIRE COMPANY, LLC, a Massachusetts Limited Liability Company; SAKS GLOBAL ENTERPRISES LLC, a Delaware Limited Liability Company; THE NEIMAN MARCUS GROUP LLC, a Delaware Limited Liability Company; and DOES 1-20, inclusive,

Defendants.

Case No. 2:25-cv-06276-JFW-BFM

**DECLARATION OF COREY A. DONALDSON AFTER MEET AND CONFER PURSUANT TO STANDING ORDER PARAGRAPH 5(b)**

Pursuant to the Court's Order of August 13, 2025 (dkt. 26) and the Court's Standing Order, Paragraph 5(b), lead counsel for plaintiff Holly M. Riddel ("Riddel" or "Plaintiff"), Corey A. Donaldson, hereby submits the following declaration:

1. I met with lead counsel for Defendant Hearts on Fire ("HOF"), Erik W. Kahn, via video conference on August 11, 2025. The meeting lasted approximately thirty-five minutes.

2. Mr. Kahn and I discussed the merits of Riddel's intended preliminary injunction motion. Specifically, Mr. Kahn and I discussed the four preliminary injunction factors, focusing on (a) the likelihood of success on the merits and (b) whether irreparable harm is ongoing to Riddel.

3. With regard to the likelihood of success on the merits, Mr. Kahn and I discussed the *Sleekcraft* factors in the context of the present case. We particularly focused on the "strength of the mark" factor. Mr. Kahn asserted that the mark is particularly weak and/or generic due to third party use, while I asserted that the mark is inherently distinctive, has acquired further distinctiveness through decades of use, and is the subject of an incontestable trademark registration.

4. No issues with regard to likelihood of success on the merits were resolved, because these are a crux of the disagreement that has led to the present litigation.

5. With regard to the irreparable harm factor, Mr. Kahn questioned whether there were any irreparable harm that was ongoing. I disagreed on the bases that irreparable harm inherently occurs in a case like the one outlined in the complaint and as recognized by the Trademark Modernization Act of 2020, 15 U.S.C. § 1116(a); and that ongoing irreparable harm as outlined in the Complaint is continuing today. *See, e.g.*, Complaint (dkt. 1) at ¶¶ 20-32 (describing Riddel's building of the INSIDE OUT BRAND and discussions with Signet Jewelers regarding a line of engagement jewelry). We were unable to come to a resolution on this issue as this is another fundamental disagreement between the parties. As such, Mr. Kahn and I did not resolve anything related to the irreparable harm factor.

6. Mr. Kahn brought up the potential of a genericness defense against the asserted trademark, related to the "strength of the mark" factor discussed above. This again is a crux of the disagreement between the parties, and this issue was not resolved.

7. Mr. Kahn and I discussed the potential for resolution of the case prior to the filing of the intended preliminary injunction motion. Mr. Kahn and I did agree on a potential path forward for negotiations, which as of the signing of this declaration has been followed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of August in Thousand Oaks, California.

By: /s/ Corey A. Donaldson
COREY A. DONALDSON (SBN 280383)
cdonaldson@fcoplaw.com
Ferguson Case Orr Paterson LLP
1050 South Kimball Road
Ventura, California 93004
Telephone: (805) 659-6800

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing JOINT STATEMENT AFTER MEET AND CONFER PURSUANT TO STANDING ORDER PARAGRAPH 5(b), with the Court using the CM/ECF system, which will send notification of such filing to the Electronic Service List for this Case

Via ECF
Kenneth L. Wilson
Seyfarth Shaw LLP
kwilton@seyfarth.com; pkim@seyfarth.com

Via ECF
Erik W. Kahn
Jasdeep Atwal
Bryan Cave Leighton Paisner LLP
erik.kahn@bclplaw.com; jasdeep.atwal@bclplaw.com

DATED: August 15, 2025

Respectfully submitted,

FERGUSON CASE ORR PATERSON LLP

By: /s/ Corey A. Donaldson
COREY A. DONALDSON
JESSICA M. WAN
MORGAN T. LYNCH

Attorneys for Plaintiff Holly M. Riddel