COREY A. DONALDSON (CA Bar No. 280383)
cdonaldson@fcoplaw.com
JESSICA M. WAN (CA Bar No. 316389)
jwan@fcoplaw.com
MORGAN T. LYNCH (CA Bar No. 323696)
mlynch@fcoplaw.com
**FERGUSON CASE ORR PATERSON LLP**
1050 South Kimball Road
Ventura, CA 93004
Telephone: 805.659.6800
Facsimile: 805.659.6818

Attorneys for Plaintiff Holly M. Riddel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HOLLY M. RIDDEL, an individual,<br><br>    Plaintiff and Counter-Defendant,<br><br>    vs.<br><br>HEARTS ON FIRE COMPANY, LLC, a Massachusetts Limited Liability Company; SAKS GLOBAL ENTERPRISES LLC, a Delaware Limited Liability Company; THE NEIMAN MARCUS GROUP LLC, a Delaware Limited Liability Company; and DOES 1-20, inclusive,<br><br>    Defendants and Counterclaimants. | Case No. 2:25-cv-06276-JFW-BFM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>The Honorable John F. Walter<br>Courtroom 7A<br><br>Action Filed: July 10, 2025<br>Trial Date: Not set |

Pursuant to Fed. R. Civ. P. 41(a) and (c), Plaintiff and Counter-Defendant Holly M. Riddel and Defendants and Counterclaimants Hearts on Fire Company, LLC, Saks Global Enterprises LLC, and The Neiman Marcus Group LLC (collectively, the "Parties"), through their undersigned counsel, hereby stipulate to the dismissal of all claims and counterclaims in this action, with prejudice, in accordance with an agreement between the Parties.

DATED: September 30, 2025        Respectfully submitted,


FERGUSON CASE ORR PATERSON LLP


By:    /s/ Corey A. Donaldson
       COREY A. DONALDSON
       Attorneys for Plaintiff Holly M. Riddel


BRYAN CAVE LEIGHTON PAISNER LLP


By:    /s/ Erik W. Kahn
       ERIK W. KAHN
       Attorneys for Defendants Hearts on Fire Company, LLC; Saks Global Enterprises LLC; and The Neiman Marcus Group LLC


## SIGNATURE CERTIFICATION UNDER L.R. 5-4.3.4

*Pursuant to C.D. Cal. L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.*

*By:    /s/ Corey A. Donaldson*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served to all counsel or parties of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Corey A. Donaldson

STIPULATION DISMISSING CASE